# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kevin T. Rock<br>and Jessica J. Rock,<br><br>                              Debtors.<br><br>Kevin T. Rock<br>and Jessica J. Rock,<br><br>                              Movants,<br>     v.<br><br>Duquesne Light Company; ECMC; PRA Receivables Management, LLC; AES/Suntrust Bank; Allegheny Health Network; American Education Services; Bayview Loan Servicing LLC; Capital One; JPMorgan Chase Bank NA; Citi; Clearview FCU; Comenity Bank; Community Loan Servicing LLC; Credit One Bank; Discover Bank; Discover Financial Services LLC; Economy Borough Office; Internal Revenue Service; LVNV Funding LLC; Mission Lane LLC; MedExpress; Nelnet; Ocwen Loan Servicing LLC; OneMain Financial; PHEAA; PHH Mortgage Corp.; PNC Bank; PennEnergy Resources LLC; PA Department of Revenue; Portfolio Recovery Associates LLC; Quantum3 Group LLC; SYNCB/Dicks Sporting Goods Dual Card; SYNCB/Levin; SYNCB/Lowes; SYNCB/Score Rewards; SYNCB/TJ Maxx; Synchrony Bank; Transworld Systems Inc.; U.S. Department of Education6Ronda J. Winnecour, Chapter 13 Trustee; Office of the US Trustee; All parties on mailing matrix; All Respondents,<br><br>                              Respondents. | Bankruptcy No. 18-24184-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 64 |

# CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT (DOC. NO. 64)

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 12th day of January, 2021, I served a copy of the above captioned documents and/or pleadings on the respondent(s) at the addresses specified below.

The type(s) of service made on the parties (first class, electronic notification, hand delivery, or another type of service) was via **first class mail and/or electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

***Service by First Class Mail:***

All parties listed on attached mailing matrix (not served electronically).

Comcast
ATTN: Payroll Department
1701 John F. Kennedy Blvd., 47th Floor
Philadelphia, PA 19103

Department of the Treasury-
Internal Revenue Service
1000 Liberty Avenue, Room 704
Pittsburgh, PA 15222

Department of the Treasury-
Internal Revenue Service
1000 Liberty Avenue
M/S 711B
Pittsburgh, PA 15222-3714

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
111 Constitution Avenue, NW
Washington, D.C. 20224

Internal Revenue Service
STOP 8420G
PO Box 145595
Cincinnati, OH 45250

The United States Attorney
633 Joseph F. Weis Jr. United States Courthouse
Pittsburgh, PA 15219-1955

United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

The Attorney General of the United States
Civil Division, Bankruptcy Section
U.S. Department of Justice
Washington, D.C. 20530

***Service by Electronic Notification:***

Eric E. Bononi
bankruptcy@bononilaw.com, pa69@ecfcbis.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Mario J. Hanyon on behalf of Creditor OCWEN LOAN SERVICING, LLC
mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Jill Locnikar on behalf of Defendant Internal Revenue Service
jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Maria Miksich on behalf of Creditor Community Loan Servicing, LLC
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor Community Loan Servicing, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor Bayview Loan Servicing, LLC
pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed On: January 12, 2021

> By: */s/ Eugene D. Frank*
> Eugene D. Frank
> PA I.D. # 89862
> Attorney for Debtors
> 3202 McKnight East Drive
> Pittsburgh, PA  15237
> (412) 366-4276 – Office
> (412) 366-4305 – Fax
> efrank@edf-law.com

```
Label Matrix for local noticing          Duquesne Light Company                   ECMC
0315-2                                   c/o Bernstein-Burkley, P.C.              ECMC
Case 18-24184-JAD                        707 Grant Street, Suite 2200, Gulf Tower P.O. Box 16408
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-1945                St. Paul, MN 55116-0408
Pittsburgh
Fri Jan  8 10:19:37 EST 2021

PRA Receivables Management, LLC          2                                        AES/Suntrust Bank
PO Box 41021                             U.S. Bankruptcy Court                    PO Box 2461
Norfolk, VA 23541-1021                   5414 U.S. Steel Tower                    Harrisburg, PA 17105-2461
                                         600 Grant Street
                                         Pittsburgh, PA 15219-2703


Allegheny Health Network                 American Education Services              Bayview Loan Servicing, LLC
P.O. Box 645266                          PO Box 2461                              4425 Ponce De Leon Blvd. 5th Floor
Pittsburgh, PA 15264-5250                Harrisburg, PA 17105-2461                Coral Gables, Florida 33146-1873



Capital One                              Capital One                              Capital One
P.O. Box 30281                           P.O. Box 30285                           PO Box 71083
Salt Lake City, UT 84130-0281            Salt Lake City, UT 84130-0285            Charlotte, NC 28272-1083



Capital One Bank (USA), N.A.             (p)JPMORGAN CHASE BANK  N A              Citi
PO Box 71083                             BANKRUPTCY MAIL INTAKE TEAM              Box 6500
Charlotte, NC  28272-1083                700 KANSAS LANE FLOOR 01                 Sioux Falls, SD 57117-6500
                                         MONROE LA 71203-4774


Citi                                     Citi Simplicity                          Clearview FCU
P.O. Box 6286                            PO Box 70166                             8805 University Blvd.
Sioux Falls, SD 57117-6286               Philadelphia, PA 19176-0166              Coraopolis, PA 15108-2580



Clearview FCU                            Comenity Bank                            Comenity Bank/New York & Co.
Customer Service                         Bankruptcy Department                    PO Box 659728
PO Box 31112                             PO Box 182125                            San Antonio, TX 78265-9728
Tampa, FL 33631-3112                     Columbus, OH 43218-2125


Comenity Bank/Victoria Secret            Community Loan Servicing, LLC            Credit One Bank
PO Box 659728                            4425 Ponce De Leon Blvd., 5th Floor      PO Box 60500
San Antonio, TX 78265-9728               Coral Gable, FL 33146-1873               City of Industry, CA 91716-0500



Credit One Bank N.A.                     Discover                                 (p)DISCOVER FINANCIAL SERVICES LLC
PO Box 98873                             P.O. Box 30421                           PO BOX 3025
Las Vegas, NV 89193-8873                 Salt Lake City, UT 84130-0421            NEW ALBANY OH 43054-3025



Discover Bank                            Discover Fin Svcs LLC                    ECMC
Discover Products Inc                    P.O. Box 15316                           PO BOX 16408
PO Box 3025                              Wilmington, DE 19850-5316                ST. PAUL, MN 55116-0408
New Albany, OH  43054-3025
```

| | | |
|---|---|---|
| Economy Borough Office<br>2856 Conway Wallrose Road<br>Baden, PA 15005-2397 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | MedExpress<br>PO Box 7964<br>Belfast, ME 04915-7900 |
| Nelnet<br>Attn: Claims<br>PO Box 82505<br>Lincoln, NE 68501-2505 | Nelnet<br>PO Box 82561<br>Lincoln, NE 68501-2561 | OCWEN LOAN SERVICING, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>WEST PALM BEACH FL 33416-4605 |
| ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Ocwen Loan Servicing LLC<br>PO Box 660264<br>Dallas, TX 75266-0264 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | One Main Financial<br>PO Box 742536<br>Cincinnati, OH 45274-2536 | OneMain Financial<br>601 NW 2nd Street<br>Evansville, IN 47708-1013 |
| OneMain Financial<br>Bankruptcy Dept.<br>P.O. Box 140069<br>Irving, TX 75014-0069 | OneMain Financial<br>Bankruptcy Dept.<br>P.O. Box 140489<br>Irving, TX 75014-0489 | OneMain Financial<br>Bankruptcy Dept.<br>P.O.Box 6042<br>Sioux Falls, SD 57117-6042 |
| PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | PHH Mortgage Corporation<br>Bankruptcy Department<br>1 Mortgage Way, Mail Stop SV-22<br>Mt. Laurel, NJ 08054-4637 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PennEnergy Resources, LLC<br>1000 Commerce Drive, Suite 400<br>Pittsburgh, PA 15275-1033 | Pennsyvlania Department of Revenue<br>Department 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNCB/Dicks Sporting Goods Dual Card<br>PO Box 960061<br>Orlando, FL 32896-0061 | SYNCB/Dicks Sporting Goods Dual Card<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| SYNCB/Levin<br>PO Box 9655036<br>Orlando, FL 32896-5036 | SYNCB/Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 | SYNCB/Lowes<br>PO Box 965004<br>Orlando, FL 32896-5004 |

| | | |
|---|---|---|
| SYNCB/Score Rewards<br>PO Box 965061<br>Orlando, FL 32896-5061 | SYNCB/TJ Maxx<br>PO Box 530948<br>Atlanta, GA 30353-0948 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-5004 | Transworld Systems Inc.<br>Collection Agency<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| U.S. Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | Eugene D. Frank<br>Law Offices of Eugene D. Frank, P.C.<br>3202 McKnight East Drive<br>Pittsburgh, PA 15237-6423 | Jessica J. Rock<br>171 Mary Reed Road<br>Baden, PA 15005-9615 |
| Kevin T. Rock<br>171 Mary Reed Road<br>Baden, PA 15005-9615 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | (d)Chase<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Discover Bank<br>6500 New Albany Road<br>New Albany, OH 43054 |
| (d)Discover Card<br>12 Reads Way<br>New Castle, DE 19720-1649 | Internal Revenue Service<br>STOP 8420G<br>PO Box 145595<br>Cincinnati, OH 45250 | LendUp Card Services, Inc.<br>Customer Service<br>PO Box 31535<br>Tampa, FL 33631-3535 |
| PNC BANK N.A.<br>P.O. BOX 94982<br>CLEVELAND, OH 44101 | (d)PNC Bank<br>1 Financial Parkway<br>Kalamazoo, MI 49009 | (d)PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |
| (d)PNC Bank<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | (d)PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

(u)Bayview Loan Servicing, LLC         (u)Community Loan Servicing, LLC         (u)OCWEN LOAN SERVICING, LLC

(d)PRA Receivables Management, LLC     End of Label Matrix
PO Box 41021                           Mailable recipients    70
Norfolk, VA 23541-1021                 Bypassed recipients     4
                                       Total                  74