**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin T. Rock
Jessica J. Rock
fka Jessica J. Klimchak, fka Jessica J. Russell**
  Debtor(s)

Bankruptcy Case No.: 18−24184−JAD

Chapter: 7
Docket No.: 65 − 64

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

  Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

  The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: January 11, 2021

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24184-JAD |
| Kevin T. Rock | Chapter 7 |
| Jessica J. Rock | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021              Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Eugene D. Frank | on behalf of Debtor Kevin T. Rock efrank.esq@comcast.net |
| Eugene D. Frank | on behalf of Plaintiff Kevin T. Rock efrank.esq@comcast.net |
| Eugene D. Frank | on behalf of Joint Debtor Jessica J. Rock efrank.esq@comcast.net |
| Eugene D. Frank | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Jan 11, 2021 | Form ID: 143 | Total Noticed: 1 |

on behalf of Plaintiff Jessica J. Rock efrank.esq@comcast.net

Jill Locnikar
    on behalf of Defendant Internal Revenue Service jill.locnikar@usdoj.gov
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor OCWEN LOAN SERVICING  LLC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com

TOTAL: 13