| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Kevin T. Rock** | Social Security number or ITIN | **xxx–xx–6720** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Jessica J. Rock** | Social Security number or ITIN | **xxx–xx–5936** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13** | **10/26/18** |
| Case number:   **18–24184–JAD** | | Date case converted to chapter **7** | **1/11/21** |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Kevin T. Rock | | Jessica J. Rock |
| 2. | **All other names used in the last 8 years** | | | fka Jessica J. Klimchak, fka Jessica J. Russell |
| 3. | **Address** | 171 Mary Reed Road Baden, PA 15005 | | 171 Mary Reed Road Baden, PA 15005 |
| 4. | **Debtor's attorney** Name and address | Eugene D. Frank Law Offices of Eugene D. Frank, P.C. 3202 McKnight East Drive Pittsburgh, PA 15237 | | Contact phone 412–366–4276 Email: efrank.esq@comcast.net |
| 5. | **Bankruptcy trustee** Name and address | Eric E. Bononi 20 North Pennsylvania Avenue Greensburg, PA 15601 | | Contact phone 724–832–2499 Email: bankruptcy@bononilaw.com |

**For more information, see page 2 >**

Debtor **Kevin T. Rock** and **Jessica J. Rock**                                      Case number **18–24184–JAD**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. –<br>4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/11/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 12, 2021 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/13/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/22/21**<br><br>**Filing deadline: 4/24/19** |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Kevin T. Rock

Jessica J. Rock

    Debtors

Case No. 18-24184-JAD

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2                User: culy                Page 1 of 5

Date Rcvd: Jan 11, 2021                Form ID: 309B                Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin T. Rock, Jessica J. Rock, 171 Mary Reed Road, Baden, PA 15005-9615 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Thomas Song, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14938324 | | AES/Suntrust Bank, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14938325 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14938326 | | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14938336 | | Clearview FCU, Customer Service, PO Box 31112, Tampa, FL 33631-3112 |
| 15302638 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14938346 | + | Economy Borough Office, 2856 Conway Wallrose Road, Baden, PA 15005-2397 |
| 14938350 | | MedExpress, PO Box 7964, Belfast, ME 04915-7900 |
| 14962717 | | OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14938353 | | Ocwen Loan Servicing LLC, PO Box 660264, Dallas, TX 75266-0264 |
| 14938354 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14938357 | | OneMain Financial, Bankruptcy Dept., P.O. Box 140069, Irving, TX 75014-0069 |
| 14938362 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15035444 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 14938360 | + | PennEnergy Resources, LLC, 1000 Commerce Drive, Suite 400, Pittsburgh, PA 15275-1033 |
| 14938361 | | Pennsyvlania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: efrank.esq@comcast.net | Jan 12 2021 02:35:00 | Eugene D. Frank, Law Offices of Eugene D. Frank, P.C., 3202 McKnight East Drive, Pittsburgh, PA 15237 |
| tr | + | EDI: BEEBONONI.COM | Jan 12 2021 06:03:00 | Eric E. Bononi, 20 North Pennsylvania Avenue, Greensburg, PA 15601-2337 |
| smg | | EDI: PENNDEPTREV | Jan 12 2021 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2021 02:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 12 2021 06:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2021 02:37:00 | Pennsylvania Dept. of Revenue, Department |

| | | | | |
|---|---|---|---|---|
| | | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jan 12 2021 02:37:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 12 2021 02:38:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | EDI: ECMC.COM | Jan 12 2021 06:03:00 | ECMC, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15145555 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 12 2021 02:37:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14938328 | | EDI: CAPITALONE.COM | Jan 12 2021 06:03:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14938329 | | EDI: CAPITALONE.COM | Jan 12 2021 06:03:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14938327 | | EDI: CAPITALONE.COM | Jan 12 2021 06:03:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14970321 | | EDI: CAPITALONE.COM | Jan 12 2021 06:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14938332 | + | EDI: CITICORP.COM | Jan 12 2021 06:03:00 | Citi, P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14938333 | + | EDI: CITICORP.COM | Jan 12 2021 06:03:00 | Citi, Box 6500, Sioux Falls, SD 57117-6500 |
| 14938334 | | EDI: CITICORP.COM | Jan 12 2021 06:03:00 | Citi Simplicity, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14938335 | | Email/Text: bankruptcy@clearviewfcu.org | Jan 12 2021 02:37:00 | Clearview FCU, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 14938337 | | EDI: WFNNB.COM | Jan 12 2021 06:03:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14938338 | | EDI: WFNNB.COM | Jan 12 2021 06:03:00 | Comenity Bank/New York & Co., PO Box 659728, San Antonio, TX 78265-9728 |
| 14938339 | | EDI: WFNNB.COM | Jan 12 2021 06:03:00 | Comenity Bank/Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14938340 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2021 02:12:53 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14938341 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 12 2021 02:12:51 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 14938343 | | EDI: DISCOVER.COM | Jan 12 2021 06:03:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14938344 | | EDI: DISCOVER.COM | Jan 12 2021 06:03:00 | Discover Card, 12 Reads Way, New Castle, DE 19720-1649 |
| 14938342 | | EDI: DISCOVER.COM | Jan 12 2021 06:03:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14941929 | | EDI: DISCOVER.COM | Jan 12 2021 06:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14938345 | + | EDI: DISCOVER.COM | Jan 12 2021 06:03:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15133096 | | EDI: ECMC.COM | Jan 12 2021 06:03:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14938347 | | EDI: IRS.COM | Jan 12 2021 06:03:00 | Internal Revenue Service, PO Box 7346, |

District/off: 0315-2                          User: culy                          Page 3 of 5
Date Rcvd: Jan 11, 2021                       Form ID: 309B                       Total Noticed: 80

|  |  |  |  |
|---|---|---|---|
|  |  |  | Philadelphia, PA 19101-7346 |
| 14938330 | | EDI: JPMORGANCHASE | |
|  |  | Jan 12 2021 06:03:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14938331 | | EDI: JPMORGANCHASE | |
|  |  | Jan 12 2021 06:03:00 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 14963917 | | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jan 12 2021 02:09:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14938349 | | Email/Text: ml-ebn@missionlane.com | |
|  |  | Jan 12 2021 02:36:00 | LendUp Card Services, Inc., Customer Service, PO Box 31535, Tampa, FL 33631-3535 |
| 14938351 | | Email/Text: electronicbkydocs@nelnet.net | |
|  |  | Jan 12 2021 02:37:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 14938352 | | Email/Text: electronicbkydocs@nelnet.net | |
|  |  | Jan 12 2021 02:37:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14956934 | + | EDI: AGFINANCE.COM | |
|  |  | Jan 12 2021 06:03:00 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14938355 | | EDI: AGFINANCE.COM | |
|  |  | Jan 12 2021 06:03:00 | One Main Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14938358 | | EDI: AGFINANCE.COM | |
|  |  | Jan 12 2021 06:03:00 | OneMain Financial, Bankruptcy Dept., P.O.Box 6042, Sioux Falls, SD 57117-6042 |
| 14938359 | + | EDI: AGFINANCE.COM | |
|  |  | Jan 12 2021 06:03:00 | OneMain Financial, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14938356 | | EDI: AGFINANCE.COM | |
|  |  | Jan 12 2021 06:03:00 | OneMain Financial, Bankruptcy Dept., P.O. Box 140489, Irving, TX 75014-0489 |
| 14973668 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jan 12 2021 02:36:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14938364 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jan 12 2021 02:36:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 14938366 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jan 12 2021 02:36:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14938365 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jan 12 2021 02:36:00 | PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14938363 | | Email/Text: Bankruptcy.Notices@pnc.com | |
|  |  | Jan 12 2021 02:36:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14973212 | | EDI: PRA.COM | |
|  |  | Jan 12 2021 06:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14938834 | + | EDI: PRA.COM | |
|  |  | Jan 12 2021 06:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969572 | | EDI: Q3G.COM | |
|  |  | Jan 12 2021 06:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14938368 | | EDI: RMSC.COM | |
|  |  | Jan 12 2021 06:03:00 | SYNCB/Dicks Sporting Goods Dual Card, PO Box 960061, Orlando, FL 32896-0061 |
| 14938367 | | EDI: RMSC.COM | |
|  |  | Jan 12 2021 06:03:00 | SYNCB/Dicks Sporting Goods Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14938369 | | EDI: RMSC.COM | |
|  |  | Jan 12 2021 06:03:00 | SYNCB/Levin, PO Box 9655036, Orlando, FL 32896-5036 |
| 14938371 | | EDI: RMSC.COM | |
|  |  | Jan 12 2021 06:03:00 | SYNCB/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 14938370 | | EDI: RMSC.COM | |
|  |  | Jan 12 2021 06:03:00 | SYNCB/Lowes, PO Box 965004, Orlando, FL 32896-5004 |
| 14938372 | | EDI: RMSC.COM | |
|  |  | Jan 12 2021 06:03:00 | SYNCB/Score Rewards, PO Box 965061, Orlando, FL 32896-5061 |
| 14938373 | + | EDI: RMSC.COM | |

District/off: 0315-2                          User: culy                                    Page 4 of 5
Date Rcvd: Jan 11, 2021                       Form ID: 309B                          Total Noticed: 80

|  |  | Jan 12 2021 06:03:00 | SYNCB/TJ Maxx, PO Box 530948, Atlanta, GA 30353-0948 |
| 14938376 | EDI: RMSC.COM | Jan 12 2021 06:03:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14938374 | EDI: RMSC.COM | Jan 12 2021 06:03:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14938375 | EDI: RMSC.COM | Jan 12 2021 06:03:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 14938377 | + Email/Text: bankruptcydepartment@tsico.com | Jan 12 2021 02:37:00 | Transworld Systems Inc., Collection Agency, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14948027 | + Email/Text: electronicbkydocs@nelnet.net | Jan 12 2021 02:37:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bayview Loan Servicing, LLC |
| cr |  | Community Loan Servicing, LLC |
| cr |  | OCWEN LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14938348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, STOP 8420G, PO Box 145595, Cincinnati, OH 45250 |
| 14956990 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Eugene D. Frank | on behalf of Debtor Kevin T. Rock efrank.esq@comcast.net |
| Eugene D. Frank | on behalf of Plaintiff Kevin T. Rock efrank.esq@comcast.net |

District/off: 0315-2                    User: culy                                          Page 5 of 5
Date Rcvd: Jan 11, 2021                 Form ID: 309B                                Total Noticed: 80

Eugene D. Frank
    on behalf of Joint Debtor Jessica J. Rock efrank.esq@comcast.net

Eugene D. Frank
    on behalf of Plaintiff Jessica J. Rock efrank.esq@comcast.net

Jill Locnikar
    on behalf of Defendant Internal Revenue Service jill.locnikar@usdoj.gov
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor OCWEN LOAN SERVICING  LLC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com


TOTAL: 13