## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Bankruptcy No. 18-24184-JAD |
|---|---|
| Kevin T. Rock and Jessica J. Rock, | Chapter 7 |
| Debtors. | |

## BANKRUPTCY RULE 1019 REPORT

**AND NOW**, come the Debtors, Kevin T. Rock and Jessica J. Rock, by and through their attorneys, the Law Offices of Eugene D. Frank, P.C., and respectfully represent as follows:

1. This case was commenced on October 26, 2018 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code (the "Case").

2. The Case was converted to Chapter 7 on January 11, 2021.

3. The Debtors have not incurred any additional debts after the filing of the petition and before conversion of the Case. Thus, the Debtors have filed the schedules of all unpaid debts in accordance with Bankruptcy Rule 1019(5)(B)(i).

4. The Debtors have filed the schedules and statements in accordance with Bankruptcy Rules 1019(1)(A) and 1007(b).

5. The Debtors will file the Statement of Intention with respect to retention or surrender of property securing consumer debts in accordance with Bankruptcy Rule 1019(1)(B), 11 U.S.C. §521(a)(2) and conforming to Official Form 108 within the proper timeframe.

6. The Debtors have not acquired any additional property after the filing of the petition but before conversion of the Case. Thus, the Debtors has filed all schedules of property in accordance with Bankruptcy Rule 1019(5)(C)(i).

7. The Debtors have not incurred any additional debts after confirmation but before the conversion of the Case. Thus, the Debtors have filed the schedules of all unpaid debts in accordance with Bankruptcy Rule 1019(5)(C)(ii).

8. The Debtors have not entered into or assumed any executory contracts or unexpired leases after the filing of the petition but before conversion of the Case. Thus, the Debtors have filed all schedules of executory contracts and unexpired leases in accordance with Bankruptcy Rule 1019(5)(C)(iii).

**WHEREFORE**, the Debtors, Kevin T. Rock and Jessica J. Rock, respectfully file this Bankruptcy Rule 1019 Report with this Honorable Court.


Dated: 01/12/2021

BY: */s/ Eugene D. Frank*
Eugene D. Frank
PA I.D. # 89862
*Attorney for Debtors/Movants*
3202 McKnight East Drive
Pittsburgh, PA  15237
(412) 366-4276 – office
(412) 366-4305 – fax
efrank@edf-law.com