**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KEVIN T. ROCK
    JESSICA J. ROCK
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:18-24184 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/26/2018 and confirmed on 12/13/2018 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,372.50 |
| Less Refunds to Debtor | 1,778.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,594.07 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,168.26 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,668.26 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   INTERNAL REVENUE SERVICE* | 42,340.00 | 18,969.25 | 2,804.22 | 21,773.47 |
|     Acct: 5936 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 42,434.71 | 0.00 | 42,434.71 |
|     Acct: 2205 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 192.51 | 89.38 | 0.00 | 89.38 |
|     Acct: 2205 | | | | |
|   CLEARVIEW FCU** | 19,601.74 | 12,579.85 | 1,048.40 | 13,628.25 |
|     Acct: 3330 | | | | |
| | | | | 77,925.81 |
| **Priority** | | | | |
|   EUGENE D FRANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KEVIN T. ROCK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ECONOMY BOROUGH MUNICIPAL AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5936 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,529.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 5936 | | | | |

18-24184 JAD        TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS                 Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| EUGENE D FRANK ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN T. ROCK | 1,778.43 | 1,778.43 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5936 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 2,985.06 | 0.00 | 0.00 | 0.00 |
| Acct: 5936 | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1940 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,432.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9758 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,828.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0060 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 5,836.91 | 0.00 | 0.00 | 0.00 |
| Acct: 7212 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,187.36 | 0.00 | 0.00 | 0.00 |
| Acct: 8897 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9662 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX | | | | |
| LVNV FUNDING LLC | 1,439.21 | 0.00 | 0.00 | 0.00 |
| Acct: 6362 | | | | |
| CLEARVIEW FCU** | 3,978.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3330 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 500.33 | 0.00 | 0.00 | 0.00 |
| Acct: 7095 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2792 | | | | |
| LVNV FUNDING LLC | 1,760.77 | 0.00 | 0.00 | 0.00 |
| Acct: 9514 | | | | |
| DISCOVER BANK(*) | 1,052.40 | 0.00 | 0.00 | 0.00 |
| Acct: 4321 | | | | |
| LEND UP CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6820 | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 11XX | | | | |
| US DEPARTMENT OF EDUCATION | 101,492.99 | 0.00 | 0.00 | 0.00 |
| Acct: 6720 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F O | 9,604.52 | 0.00 | 0.00 | 0.00 |
| Acct: 3017 | | | | |
| PNC BANK NA | 1,638.35 | 0.00 | 0.00 | 0.00 |
| Acct: 9027 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9496 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 436.16 | 0.00 | 0.00 | 0.00 |
| Acct: 9766 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 721.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9317 | | | | |

| 18-24184 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 6685 | 3,409.07 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 7226 | 5,337.89 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: XXXX | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 8844 | 903.31 | 0.00 | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/AES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHEAA(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTHWEST RAPID REWARDS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN ENERGY RESOURCES LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5936 | 25,278.53 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 77,925.81 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 3,529.37 | |
| SECURED | 62,134.25 | |
| UNSECURED | 175.823.85 | |

Date: 01/27/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com