| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kevin T. Rock** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6720** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Jessica J. Rock** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5936** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **18–24184–JAD** | | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kevin T. Rock                                                    Jessica J. Rock
                                                                 fka Jessica J. Klimchak, fka Jessica J. Russell

4/14/21                                                          **By the court:**   Jeffery A. Deller
                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24184-JAD |
| Kevin T. Rock | Chapter 7 |
| Jessica J. Rock | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 14, 2021 | Form ID: 318 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin T. Rock, Jessica J. Rock, 171 Mary Reed Road, Baden, PA 15005-9615 |
| 14938324 | | AES/Suntrust Bank, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14938325 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14938326 | | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15145555 | + | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14938336 | | Clearview FCU, Customer Service, PO Box 31112, Tampa, FL 33631-3112 |
| 15302638 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14938346 | + | Economy Borough Office, 2856 Conway Wallrose Road, Baden, PA 15005-2397 |
| 15336065 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14938350 | | MedExpress, PO Box 7964, Belfast, ME 04915-7900 |
| 14962717 | | OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14938353 | | Ocwen Loan Servicing LLC, PO Box 660264, Dallas, TX 75266-0264 |
| 14938354 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14938357 | | OneMain Financial, Bankruptcy Dept., P.O. Box 140069, Irving, TX 75014-0069 |
| 14938362 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15035444 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mt. Laurel, NJ 08054-4637 |
| 14938360 | + | PennEnergy Resources, LLC, 1000 Commerce Drive, Suite 400, Pittsburgh, PA 15275-1033 |
| 14938361 | | Pennsyvlania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 15 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2021 04:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | | EDI: ECMC.COM | Apr 15 2021 03:28:00 | ECMC, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

| Record # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15145555 | + | EDI: LCIBAYLN | Apr 15 2021 03:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14938328 | | EDI: CAPITALONE.COM | Apr 15 2021 03:28:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14938329 | | EDI: CAPITALONE.COM | Apr 15 2021 03:28:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14938327 | | EDI: CAPITALONE.COM | Apr 15 2021 03:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14970321 | | EDI: CAPITALONE.COM | Apr 15 2021 03:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14938332 | + | EDI: CITICORP.COM | Apr 15 2021 03:28:00 | Citi, P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14938333 | + | EDI: CITICORP.COM | Apr 15 2021 03:28:00 | Citi, Box 6500, Sioux Falls, SD 57117-6500 |
| 14938334 | | EDI: CITICORP.COM | Apr 15 2021 03:28:00 | Citi Simplicity, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14938335 | | Email/Text: bankruptcy@clearviewfcu.org | Apr 15 2021 03:27:00 | Clearview FCU, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 14938337 | | EDI: WFNNB.COM | Apr 15 2021 03:28:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14938338 | | EDI: WFNNB.COM | Apr 15 2021 03:28:00 | Comenity Bank/New York & Co., PO Box 659728, San Antonio, TX 78265-9728 |
| 14938339 | | EDI: WFNNB.COM | Apr 15 2021 03:28:00 | Comenity Bank/Victoria Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 15302638 | + | EDI: LCIBAYLN | Apr 15 2021 03:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14938340 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2021 03:32:16 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14938341 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2021 03:32:16 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 14938343 | | EDI: DISCOVER.COM | Apr 15 2021 03:28:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14938344 | | EDI: DISCOVER.COM | Apr 15 2021 03:28:00 | Discover Card, 12 Reads Way, New Castle, DE 19720-1649 |
| 14938342 | | EDI: DISCOVER.COM | Apr 15 2021 03:28:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14941929 | | EDI: DISCOVER.COM | Apr 15 2021 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14938345 | + | EDI: DISCOVER.COM | Apr 15 2021 03:28:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15133096 | | EDI: ECMC.COM | Apr 15 2021 03:28:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14938347 | | EDI: IRS.COM | Apr 15 2021 03:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14938330 | | EDI: JPMORGANCHASE | Apr 15 2021 03:28:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 14938331 | | EDI: JPMORGANCHASE | Apr 15 2021 03:28:00 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 14963917 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2021 03:56:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14938349 | | Email/Text: ml-ebn@missionlane.com | | |

| District/off: 0315-2 | User: admin | | Page 3 of 5 |
|---|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: 318 | | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 15 2021 03:25:00 | LendUp Card Services, Inc., Customer Service, PO Box 31535, Tampa, FL 33631-3535 |
| 14938351 | | Email/Text: electronicbkydocs@nelnet.net | Apr 15 2021 04:04:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 14938352 | | Email/Text: electronicbkydocs@nelnet.net | Apr 15 2021 04:04:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14956934 | + | EDI: AGFINANCE.COM | Apr 15 2021 03:18:00 | ONEMAIN FINANCIAL GROUP, LLC, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14938355 | | EDI: AGFINANCE.COM | Apr 15 2021 03:18:00 | One Main Financial, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14938358 | | EDI: AGFINANCE.COM | Apr 15 2021 03:18:00 | OneMain Financial, Bankruptcy Dept., P.O.Box 6042, Sioux Falls, SD 57117-6042 |
| 14938359 | + | EDI: AGFINANCE.COM | Apr 15 2021 03:18:00 | OneMain Financial, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14938356 | | EDI: AGFINANCE.COM | Apr 15 2021 03:18:00 | OneMain Financial, Bankruptcy Dept., P.O. Box 140489, Irving, TX 75014-0489 |
| 14973668 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 03:25:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14938364 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 03:25:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 14938366 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 03:25:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14938365 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 03:25:00 | PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14938363 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 03:25:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14973212 | | EDI: PRA.COM | Apr 15 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14938834 | + | EDI: PRA.COM | Apr 15 2021 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14969572 | | EDI: Q3G.COM | Apr 15 2021 03:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14938368 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | SYNCB/Dicks Sporting Goods Dual Card, PO Box 960061, Orlando, FL 32896-0061 |
| 14938367 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | SYNCB/Dicks Sporting Goods Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14938369 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | SYNCB/Levin, PO Box 9655036, Orlando, FL 32896-5036 |
| 14938371 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | SYNCB/Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 14938370 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | SYNCB/Lowes, PO Box 965004, Orlando, FL 32896-5004 |
| 14938372 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | SYNCB/Score Rewards, PO Box 965061, Orlando, FL 32896-5061 |
| 14938373 | + | EDI: RMSC.COM | Apr 15 2021 03:28:00 | SYNCB/TJ Maxx, PO Box 530948, Atlanta, GA 30353-0948 |
| 14938376 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14938374 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14938375 | | EDI: RMSC.COM | Apr 15 2021 03:28:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box |

Case 18-24184-JAD    Doc 85    Filed 04/16/21    Entered 04/17/21 00:41:51    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: 318 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | | 965061, Orlando, FL 32896-5061 |
| 14938377 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 15 2021 04:04:00 | Transworld Systems Inc., Collection Agency, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14948027 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 15 2021 04:04:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | OCWEN LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14938348 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, STOP 8420G, PO Box 145595, Cincinnati, OH 45250 |
| 14956990 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Eugene D. Frank | on behalf of Debtor Kevin T. Rock efrank.esq@comcast.net |
| Eugene D. Frank | on behalf of Plaintiff Kevin T. Rock efrank.esq@comcast.net |
| Eugene D. Frank | on behalf of Joint Debtor Jessica J. Rock efrank.esq@comcast.net |
| Eugene D. Frank | on behalf of Plaintiff Jessica J. Rock efrank.esq@comcast.net |
| Jill Locnikar | on behalf of Defendant Internal Revenue Service jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | |

District/off: 0315-2 | User: admin | Page 5 of 5
Date Rcvd: Apr 14, 2021 | Form ID: 318 | Total Noticed: 73

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor OCWEN LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Thomas Song
    on behalf of Creditor Bayview Loan Servicing  LLC pawb@fedphe.com


TOTAL: 12